Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Karen D. Thompson (KT 4129)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Respondent



RECEIVED
NOV 14 2006
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In the Matter of the Arbitration Between       :
                                                :
STORM LLC,                                      :
                                                :
                        Petitioner,             :
                                                :   06 Civ. 13157
        -against-                               :   JUDGE LYNCH
                                                :   **RULE 7.1 STATEMENT**
**TELENOR MOBILE COMMUNICATIONS AS,**           :
                                                :
                        Respondent.             :
------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1 Respondent Telenor Mobile Communications AS ("Telenor Mobile"), by and through its undersigned counsel, certifies that Plaintiff Telenor Mobile is a wholly-owned subsidiary of Telenor Mobile Holdings AS, a Norwegian company. Telenor Mobile Holding AS is a wholly-owned subsidiary of Telenor ASA ("Telenor"), a Norwegian company. The securities of Telenor are publicly traded on the

NASD and Oslo Stock Exchanges.

Dated: New York, New York
November 14, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____/s/ Robert L. Sills_____
Robert L. Sills (RS 8896)

666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Respondent
Telenor Mobile Communications AS.

OHS East:160126961.1
16487-4 RLS/DDJ

2