ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

In the Matter of the Arbitration Between      :

                                                         06-CV-13157(GEL)(DF)

**STORM LLC,**      :

                        Petitioner,      :

                                                               **AFFIDAVIT OF SERVICE**

          -against-      :

**TELENOR MOBILE COMMUNICATIONS AS,**      :

                    Respondent.      :

———————————————————————— x

STATE OF NEW YORK    )
                           : ss.:
COUNTY OF NEW YORK )

           Thomas Backiel, being duly sworn, deposes and says:

      1.             I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

      2.             On the 14th day November, 2006, I served true copies of the Civil Cover Sheet, Notice of Removal, Individual Rules of Judge Lynch and Magistrate Judge Freeman, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing by placing true and correct copies thereof in a properly addressed and sealed envelope and depositing in the custody of the U.S. Postal Service within New York to the address below:

Pieter Van Tol, Esq.
Gonzalo S. Zeballos, Esq.
Lisa Fried, Esq
Eric Z. Chang, Esq.
**LOVELLS LLP**
590 Madison Avenue
New York, New York  10023

Attorneys for Petitioner

_____
Thomas Backiel

Sworn to before me this
16th day of November, 2006

_____
Notary Public

BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 20___