UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
          :
STORM LLC,          :
          :
    Plaintiff,    :
          :    06 Civ. 13157 (GEL)
    v.    :
          :    **ORDER**
TELENOR MOBILE COMMUNICATIONS, AS, :
          :
    Defendant.    :
          :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    For the reasons stated on the record today in open court, it is hereby ORDERED that Storm LLC's motion for a preliminary injunction pending its application to (1) vacate the Arbitration Tribunal's Award and (2) permanently enjoin arbitration is denied.

Dated: New York, New York
       November 22, 2006

                                              GERARD E. LYNCH
                                              United States District Judge