Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
STORM LLC,                                                             :
                                                                       :
                        Plaintiff,                                     :
                                                                       :
        -against-                                                      :
                                                                       :
TELENOR MOBILE COMMUNICATIONS AS,                                      :
                                                                       :
                        Defendant.                                     :
                                                                       :
---------------------------------------------------------------------- X   06 CV 13157 (GEL) (DF)
TELENOR MOBILE COMMUNICATIONS AS,                                      :
                                                                       :
                        Counterclaimant,                               :
                                                                       :   **DECLARATION OF SERVICE**
        - against-                                                     :
                                                                       :
STORM LLC,                                                             :
                                                                       :
                        Counterclaim-Defendant,                        :
                                                                       :
        - and-                                                         :
                                                                       :
ALTIMO HOLDINGS & INVESTMENTS LIMITED and                              :
ALPREN LIMITED,                                                        :
                                                                       :
                        Relief Defendants.                             :
---------------------------------------------------------------------- X

   I, KAREN THOMPSON, hereby declare as follows:

   1.   I am not a party to the above case, am over eighteen years old, and am associated with Orrick, Herrington & Sutcliffe, 666 Fifth Avenue, New York, New York 10103.

OHS East:160139377.1

2. On December 6, 2006, I served the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; upon Alexei Reznokovich by depositing a true and correct copy thereof with Federal Express in envelopes addressed to:

>Alexei Reznokovich
>P.O. Box 3339
>Geneva Place
>Second Floor
>333 Waterfront Drive
>Road Town, Tortola
>BRITISH VIRGIN ISLANDS
>
>and
>
>Alexei Reznokovich
>Altimo Holdings & Investments Limited
>11 Savvinskaya nab.
>Moscow 119435
>RUSSIAN FEDERATION

3. In addition, on December 6, 2006, I also sent the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; to Alexei Reznokovich by electronic mail to the following address:

>Alexei Reznokovich
>Altimo Holdings & Investments Limited
>11 Savvinskaya nab.
>Moscow 119435
>RUSSIAN FEDERATION
>Email Address: aroffice@altimo.ru

4. In addition, on December 6, 2006, I also sent the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its

attendant exhibits, in the above-captioned case; to Alexei Reznokovich by facsimile to the following address:

> Alexei Reznokovich
> Geneva Place
> Second Floor
> 333 Waterfront Drive
> Road Town, Tortola
> BRITISH VIRGIN ISLANDS
> Facsimile Number: 284 494 3088

5.  On December 7, 2006, I also served the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; upon Alexei Reznokovich by sending a true and correct copy thereof by International Registered Mail in envelopes addressed to:

> Alexei Reznokovich
> P.O. Box 3339
> Geneva Place
> Second Floor
> 333 Waterfront Drive
> Road Town, Tortola
> BRITISH VIRGIN ISLANDS

6.  On December 6, 2006, I served the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; upon the Managing Director of Alpren Limited by depositing a true and correct copy thereof with Federal Express in envelopes addressed to:

> Managing Director
> Alpren Limited
> 3 Themistocles Dervis Street
> Julia House, 1st Floor
> Nicosia CY – 1066
> CYPRUS

      and

      Managing Director
      Alpren Limited
      4 Chapaeva Street
      12th Floor
      Kyiv 01030
      UKRAINE

7.  In addition, on December 6, 2006, I also sent the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; to Managing Director of Alpren Limited by facsimile to the following address:

      Managing Director
      Alpren Limited
      3 Themistocles Dervis Street
      Julia House, 1st Floor
      Nicosia CY – 1066
      CYPRUS
      Facsimile Number: 357 22 555 001

      and

      Managing Director
      Alpren Limited
      4 Chapaeva Street
      12th Floor
      Kyiv 01030
      UKRAINE
      Facsimile Number: 380 44 494 1999

OHS East:160139377.1

8.  On December 7, 2006, I also served the Memorandum in Support of Telenor Mobile's Motion to Compel Arbitration and For an Anti-Suit Injunction; proposed Order to Show Cause; and Declaration of Robert L. Sills with its attendant exhibits, in the above-captioned case; upon the Managing Director of Alpren Limited by sending a true and correct copy thereof by International Registered Mail in envelopes addressed to:

>   Managing Director
>   Alpren Limited
>   3 Themistocles Dervis Street
>   Julia House, 1st Floor
>   Nicosia CY – 1066
>   CYPRUS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2006.

_____
Karen D. Thompson

OHS East:160139377.1