Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
STORM LLC,

                Plaintiff,

          -against-

TELENOR MOBILE COMMUNICATIONS AS,

                Defendant.
------------------------------------------------------------------ X   06 CV 13157(GEL) (DF)
TELENOR MOBILE COMMUNICATIONS AS,

                Counterclaimant,

         - against-

STORM LLC,

                Counterclaim-Defendant,

         - and-

ALTIMO HOLDINGS & INVESTMENTS LIMITED and
ALPREN LIMITED,

                Relief Defendants.
------------------------------------------------------------------ X

      Upon consideration of the motion of Defendant Telenor Mobile Communications AS ("Telenor Mobile" or "Defendant") for an injunction and to compel arbitration against Storm LLC ("Storm" or "Plaintiff"), the application for an Order to

Show Cause, dated December 5, 2006, the Declaration of Robert L. Sills dated December 5, 2006, together with the exhibits attached thereto, the Memorandum of Law submitted in support of Defendant's application, and upon all pleadings and proceedings heretofore had herein, it is hereby:

ORDERED, that Plaintiff and Relief Defendants show cause before this Court on December 11 2006 at 9:30 o'clock a.m., ~~or as soon thereafter as counsel can be heard~~ in Courtroom 6-B of Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10013, why an Order granting Defendant's motion for an anti-suit injunction and to compel arbitration should not be made and entered pursuant to Rule 65 of the Federal Rules of Civil Procedure:

>   (a) enjoining Plaintiff and Relief Defendants (including their respective agents and affiliates and any affiliated companies on notice) from bringing litigation against Defendant in Ukraine, pending resolution of the dispute in arbitration;

>   (b) compelling Plaintiff and Relief Defendants (including their respective agents and affiliates and any affiliated companies on notice) to cause the proceedings in Alpren Limited vs. Limited Liability Company "Storm", Case No. 40/242, commenced in the Kyiv Commercial Court (decision dated April 25, 2006), confirmed on appeal on May 25, 2006 by the Kyiv Appellate Commercial Court, and clarified on November 8, 2006 by the Kyiv Appellate Commercial Court, and in Alpren Limited vs. Klymenko Vadim Viktorovych, Case No. 2-5683/06, commenced in the Golosiyiv District Court of the City of Kyiv Goshko O.M., order issued December 1, 2006 (the "Alpren Order"), to be withdrawn in their entirety;

>   (c) compelling Plaintiff and Relief Defendant (including their respective agents and affiliates and any affiliated companies on notice) to request the withdrawal of the Alpren Order, and if the Alpren Order is not withdrawn, to take no steps to cause the Alpren Order or any subsequent related order to be perfected or enforced against Defendant, Plaintiff or their respective officers, agents, servants, employees or attorneys;

>   (d) compelling Plaintiff to arbitrate the current dispute between the parties; and

(e) awarding such other relief as the Court deems equitable and just.

AND IT IS FURTHER

ORDERED that opposition papers, if any, be served on Defendant's counsel so as to be received on or before the close of business on December __8__, 2006;

ORDERED that service by email or facsimile on or before December __7__, 2006 of this Order, together with a copy of the papers upon which it is based, on the Plaintiff and Relief Defendants or their representatives at the addresses identified in the Shareholders Agreement or otherwise, shall constitute and be deemed good and sufficient service of this Order; *and it is further ordered that trial on the merits of counterclaimant's motion to compel arbitration is consolidated with the hearing on the preliminary*

AND IT IS FURTHER ORDERED that, pending the hearing of Telenor Mobile's motion to compel arbitration and for a preliminary injunction, Defendant Storm and Relief Defendants Altimo and Alpren, and their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are RESTRAINED and ENJOINED from taking any further steps to perfect or enforce the Alpren Order. *injunction, and will take place in due.*

Granted at __2:50 p.m.__ on the __7th__ day of December 2006 in New York, New York.

_____
United States District Judge