Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

STORM LLC,

                Plaintiff,

       -against-

TELENOR MOBILE COMMUNICATIONS AS,

                Defendant.

------------------------------------------------------------------ X  06 CV 13157 (GEL) (DF)

TELENOR MOBILE COMMUNICATIONS AS,

                Counterclaimant,

       - against-

STORM LLC,

                Counterclaim-Defendant,

       - and-

ALTIMO HOLDINGS & INVESTMENTS LIMITED and
ALPREN LIMITED,

                Relief Defendants.

------------------------------------------------------------------ X

**DECLARATION OF SERVICE**

I, MAYOTTA H. ANDERSON, hereby declare as follows:

    1.     I am not a party to the above case, am over eighteen years old, and am associated with Orrick, Herrington & Sutcliffe, 666 Fifth Avenue, New York, New York 10103.

2.  On December 7, 2006, I served the annexed Order of United States District Judge Gerard E. Lynch of the Southern District of New York dated December 7, 2006 (the "Order") upon Alexei Reznikovich by depositing a true and correct copy thereof with Federal Express in envelopes addressed to:

>   Alexei Reznikovich
>   Altimo Holdings & Investments Limited
>   Geneva Place
>   Second Floor
>   333 Waterfront Drive
>   Road Town, Tortola
>   BRITISH VIRGIN ISLANDS
>
>   and
>
>   Alexei Reznikovich
>   Altimo Holdings & Investments Limited
>   11 Savvinskaya nab.
>   Moscow 119435
>   RUSSIAN FEDERATION

3.  In addition, on December 7, 2006, I also sent the annexed Order to Alexei Reznikovich by electronic mail to the following address:

>   Alexei Reznikovich
>   Altimo Holdings & Investments Limited
>   11 Savvinskaya nab.
>   Moscow 119435
>   RUSSIAN FEDERATION
>   Email address: reznikovich@altimo.ru

4.  In addition, on December 7, 2006, I also sent the annexed Order to Alexei Reznikovich by facsimile to the following address:

>Alexei Reznikovich
>Altimo Holdings & Investments Limited
>P.O. Box 3339
>Geneva Place
>Second Floor
>333 Waterfront Drive
>Road Town, Tortola
>BRITISH VIRGIN ISLANDS
>Facsimile number:  284 494 3088

5. On December 7, 2006, I also caused the annexed Order to be served upon Alexei Reznikovich by sending a true and correct copy thereof by International Registered Mail in an envelope addressed to:

>Alexei Reznikovich
>Altimo Holdings & Investments Limited
>P.O. Box 3339
>Geneva Place
>Second Floor
>333 Waterfront Drive
>Road Town, Tortola
>BRITISH VIRGIN ISLANDS

6. On December 7, 2006, I served the annexed Order upon the Managing Director of Alpren Limited by depositing a true and correct copy thereof with Federal Express in envelopes addressed to:

>Managing Director
>Alpren Limited
>3 Themistocles Dervis Street
>Julia House, 1st Floor
>Nicosia CY – 1066
>CYPRUS
>
>and
>
>Managing Director
>Alpren Limited
>4 Chapaeva Street
>12th Floor
>Kyiv 01030
>UKRAINE

3

7. In addition, on December 7, 2006, I also sent the annexed Order to the Managing Director of Alpren Limited by facsimile to the following addresses:

> Managing Director
> Alpren Limited
> 3 Themistocles Dervis Street
> Julia House, 1st Floor
> Nicosia CY – 1066
> CYPRUS
> Facsimile Number: 357 22 555 001
>
> and
>
> Managing Director
> Alpren Limited
> 4 Chapaeva Street
> 12th Floor
> Kyiv 01030
> UKRAINE
> Facsimile Number: 380 44 494 1999

8. On December 7, 2006, I also caused the annexed Order to be served upon the Managing Director of Alpren Limited by sending a true and correct copy thereof by International Registered Mail in an envelope addressed to:

> Managing Director
> Alpren Limited
> 3 Themistocles Dervis Street
> Julia House, 1st Floor
> Nicosia CY – 1066
> CYPRUS

9. In addition, on December 8, 2006, I sent the annexed Order to Alexei Reznikovich by electronic mail to the following addresses:

> Alexei Reznikovich
> Altimo Holdings & Investments Limited
> 11 Savvinskaya nab.
> Moscow 119435
> RUSSIAN FEDERATION
> Email address: amr@altimo.ru
> Email address: aroffice@altimo.ru

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2006.

_____
Mayotta H. Anderson