UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— X
STORM LLC,                                        :
                                           Plaintiff,    :
TELENOR MOBILE COMMUNICATIONS AS,    :
                                          Defendants.   :
——————————————————————— X    06-CV13157 (GEL)(DF)

TELENOR MOBILE COMMUNICATIONS AS,    :
                                          Counterclaimant,    :

                                          - against -    :

STORM LLC,    :
                                          Counterclaim-Defendant,    :

                                          - and -    :

ALTIMO HOLDINGS & INVESTMENTS LIMITED
and ALPREN LIMITED    :
                                          Relief Defendants.    :

**RULE 7.1 STATEMENT OF RELIEF DEFENDANTS ALTIMO HOLDINGS & INVESTMENTS LIMITED AND ALPREN LIMITED**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Relief Defendants Altimo Holdings & Investments Limited ("Altimo") and Alpren Limited ("Alpren") certify the following: no publicly held corporation owns 10 percent or more of the stock of Altimo (a private non-governmental party) and no publicly held corporation owns 10 percent or more of the stock of Alpren (a private non-governmental party).

December 8, 2006

                Respectfully submitted,

                CRAVATH, SWAINE & MOORE LLP

             by
                /s Ronald S. Rolfe
                      Ronald S. Rolfe (RR-0846)
                      A member of the Firm

                Attorneys for Relief Defendants Altimo
                Holdings & Investments Limited and
                Alpren Limited
                    Worldwide Plaza
                    825 Eighth Avenue
                      New York, NY 10019-7475
                      (212) 474-1000