UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**STORM LLC,**

                       Plaintiff,

            -against-

**TELENOR MOBILE COMMUNICATIONS AS**

                  Defendant.

------------------------------------------------------------X   06-CV 13157 (GEL) (DF)

**TELENOR MOBILE COMMUNICATIONS AS**

                  Counterclaimant,

          -against-

**STORM LLC,**

                     Counterclaim-Defendant

            -and-

**ALTIMO HOLDINGS & INVESTMENTS LIMITED
and ALPREN LIMITED**

                Relief Defendants

------------------------------------------------------------X


## DEMAND FOR JURY TRIAL

Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and 9 U.S.C. § 4, Storm LLC hereby demands a trial by jury with respect to the issues arising out of the motion to compel arbitration filed by Telenor Mobile Communications AS in the above-entitled action.

- 2 -

Dated: New York, New York,
        December 10, 2006

                                    LOVELLS

                              By:   _Pieter Van Tol_

                                    Pieter Van Tol (PVT-2455)
                                    Gonzalo S. Zeballos (GZ-5994)
                                    Lisa J. Fried (LF 6968)
                                    Eric Z. Chang

                                    590 Madison Avenue
                                    New York, New York 10022
                                    Telephone: (212) 909-0600
                                    Facsimile: (212) 909-0660

                                    Attorneys for Storm LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STORM LLC,                                              :

                            Plaintiff,                 :          06 Civ 13157 (GEL) (DF)

     - against -                                       :

                                                       :

TELENOR MOBILE
COMMUNICATIONS AS                                      :

                            Defendant.                 :
-----------------------------------------------------------X


## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I served a true and correct copy of Demand for

Jury Trial by hand upon:


                    Robert L. Sills, Esq.
                    Orrick, Herrington & Sutcliffe LLP
                    666 Fifth Avenue
                    New York, New York  10103




                                                    Cathy A. Woods