Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile:  (212)  506-5151
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- X
                                                                          :
**STORM LLC,**                                                            :
                                                                          :
       Plaintiff,                      :
                                                                          :
    -against-                                         :
                                                                          :
**TELENOR MOBILE COMMUNICATIONS AS,**                                     :
                                                                          :
       Defendant.                      :
                                                                          :
------------------------------------------------------------------------- X   06 CV13157 (GEL) (DF)
**TELENOR MOBILE COMMUNICATIONS AS,**                                     :
                                                                          :
       Counterclaimant,                :
                                                                          : **DECLARATION OF**
    - against-                                        : **TROND MOE**
                                                                          :
**STORM LLC,**                                                            :
                                                                          :
       Counterclaim-Defendant,         :
                                                                          :
    - and-                                            :
                                                                          :
**ALTIMO HOLDINGS & INVESTMENTS LIMITED and**                             :
**ALPREN LIMITED**,                                                       :
                                                                          :
       Relief Defendants.              :
------------------------------------------------------------------------- X

  I, **TROND MOE**, declare the following to be true:

    1.  I am the Country Manager for Ukraine for Telenor ASA

("Telenor").  Prior to serving as head of Telenor's representative office in Ukraine, I was

the CFO and Vice President of Closed Joint Stock Company "Kyivstar G.S.M." I make this declaration at the request of Telenor Mobile Communications AS ("Telenor Mobile") and pursuant to 28 U.S.C. § 1746 in support of Telenor Mobile's motion for an anti-suit injunction.

      2.    Attached as Exhibit A hereto is a copy of the business card given to me by Vadim Klimenko (sometimes spelled "Klymenko"), the current General Director of Storm LLC and Vice President and Country Manager of Altimo Holdings & Investments Ltd. in Ukraine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of December, 2006

                                                                                                    _____
                                                                                                    TROND MOE

# EXHIBIT A



**VADIM KLIMENKO**
VICE-PRESIDENT
Ukraine

11, SAVVINSKAYA NAB.,
119435, MOSCOW, RUSSIA
MOB.: +380 39 491 66 18
FAX.: +380 44 287 70 58
KLIMENKO@ALTIMO.RU
WWW.ALTIMO.RU