UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**STORM LLC**,

                Petitioner,

        -against-

**TELENOR MOBILE COMMUNICATIONS AS,**

                Respondent,

        - and-

**ALTIMO HOLDINGS & INVESTMENTS LIMITED
and ALPREN LIMITED**,

                Relief Defendants.

------------------------------------------------------------------X

06 Civ. 13157 (GEL) (DF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/   /06

Upon consideration of the motion filed December 6, 2006 of Respondent/Counter-Petitioner Telenor Mobile Communications AS ("Telenor Mobile" or "Respondent") for a preliminary injunction prohibiting Storm LLC ("Storm"), Altimo Holdings & Investments Limited ("Altimo") and Alpren Limited ("Alpren") from further initiating or pursuing any legal action or proceeding in Ukraine intended to interfere with the ongoing arbitration between Telenor Mobile and Storm in New York regarding closed joint stock company "Kyivstar G.S.M." ("Kyivstar"); Altimo and Alpren's memorandum in opposition to Telenor Mobile's motion for a preliminary anti-suit injunction dated December 8, 2006; the evidence and arguments before the Court on November 15, 2006, November 22, 2006, December 7, 2006, December 11, 2006, and December 15, 2006; the record submitted in connection with Telenor Mobile's motion for a preliminary injunction;

the record submitted before the arbitrators; Storm's motion to vacate, dated November 13, 2006; and upon all pleadings and proceedings heretofore had herein;

AND the Court having rendered its Opinion and Order, dated December 15, 2006, granting Telenor Mobile's motion, it is hereby:

ORDERED, that Respondent Telenor Mobile's motion for a preliminary injunction against Petitioner Storm and Relief Defendants Altimo and Alpren is GRANTED; and it is further

ORDERED, that Petitioner Storm, and Relief Defendants Altimo and Alpren, together with their officers, agents, servants, employees and attorneys, and all persons in active concert of participation with them who receive actual notice of this order, by personal service or otherwise, are PRELIMINARILY RESTRAINED and ENJOINED, pending the final disposition of this action, from:

(a) commencing, prosecuting, enforcing, causing the enforcement, attempting to enforce or cause the enforcement; or

(b) allowing, or failing to take steps to prevent, any other person, official or entity from enforcing or attempting to enforce,

any such order, in any manner whatsoever, direct or indirect, of any legal action, suit, or proceeding before any court or tribunal in Ukraine that would disrupt, delay or hinder, in any manner whatsoever, the arbitration proceedings between Telenor Mobile and Storm arising out of or relating to the Shareholders Agreement among Storm, Telenor Mobile, and Kyivstar, dated as of January 30, 2004.

Dated: New York, New York
December 18, 2006

_____
Gerard E. Lynch
United States District Judge