UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

STORM LLC,

        Plaintiff,

vs.

TELENOR MOBILE COMMUNICATIONS,

        Defendant,

---

TELENOR MOBILE COMMUNICATIONS,

        Counterclaimant,

vs.

STORM LLC,

        Counterclaimant-Defendant,

and

ALTIMO HOLDINGS & INVESTMENTS LIMITED and ALPREN LIMITED

        Relief Defendants,

06-CV13157 (GEL)(DF)

ECF ACTION

NOTICE OF APPEAL

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that relief defendants Altimo Holdings & Investments Limited and Alpren Limited hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order of this Court dated December 15, 2006, which granted injunctive relief in favor of Telenor Mobile Communications.

-2-

December 17, 2006

          Respectfully submitted,

          CRAVATH, SWAINE & MOORE LLP

     by  *[signature]*
          Ronald S. Rolfe (RR-0846)
          A member of the Firm

          Attorneys for Relief Defendants Altimo
          Holdings & Investments Limited and
          Alpren Limited
           Worldwide Plaza
           825 Eighth Avenue
            New York, NY 10019-7475
            (212) 474-1000

To:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Robert L. Sills, Esq.
Orrick, Herrington & Sutcliffe LLP
Attorneys for Defendant and Counterclaimant Telenor Mobile Communications
666 Fifth Avenue
New York, NY 10103-0001

Pieter Van Tol, Esq.
Lovells
Attorneys for Plaintiff and Counterclaimant-Defendant Storm LLC
590 Madison Avenue
New York, NY 10022