UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STORM LLC,<br><br>                        Plaintiff,<br><br>vs.<br><br>TELENOR MOBILE COMMUNICATIONS,<br><br>                        Defendant, | |
| TELENOR MOBILE COMMUNICATIONS,<br><br>                        Counterclaimant,<br><br>vs.<br><br>STORM LLC,<br><br>                        Counterclaimant-Defendant,<br><br>and<br><br>ALTIMO HOLDINGS & INVESTMENTS LIMITED and ALPREN LIMITED<br><br>                        Relief Defendants. | 06-CV13157 (GEL) (DF)<br><br>ECF ACTION<br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that relief defendants Altimo Holdings & Investments Limited and Alpren Limited hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order of this Court entered December 19, 2006, which granted injunctive relief in favor of Telenor Mobile Communications.

-2-

December 19, 2006

                                Respectfully submitted,

                                CRAVATH, SWAINE & MOORE LLP

                    by      */s/ Ronald S. Rolfe*
                                Ronald S. Rolfe (RR-0846)
                                A member of the Firm

                                Attorneys for Relief Defendants Altimo
                                Holdings & Investments Limited and
                                Alpren Limited
                                    Worldwide Plaza
                                    825 Eighth Avenue
                                        New York, NY 10019-7475
                                          (212) 474-1000

To:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Robert L. Sills, Esq.
Orrick, Herrington & Sutcliffe LLP
Attorneys for Defendant and Counterclaimant Telenor Mobile Communications
666 Fifth Avenue
New York, NY 10103

Pieter Van Tol, Esq.
Lovells
Attorneys for Plaintiff and Counterclaimant-Defendant Storm LLC
590 Madison Avenue
New York, NY 10022