UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STORM LLC,

            Petitioner,

vs.

TELENOR MOBILE COMMUNICATIONS AS,

           Respondent,

and

ALTIMO HOLDINGS & INVESTMENTS
LIMITED and ALPREN LIMITED

           Relief Defendants.

06-CV13157 (GEL) (DF)

**STIPULATION AND ORDER**

        WHEREAS, on December 18, 2006, this Court entered an Order and Opinion granting preliminary injunctive relief in favor of Respondent Telenor Mobile Communications ("December 18 Opinion and Order");

        WHEREAS, on December 18, 2006, Relief Defendants Altimo Holdings & Investments Limited and Alpren Limited ("Relief Defendants") filed a Notice of Appeal from the December 18 Opinion and Order ("December 18 Notice");

        WHEREAS, on December 19, 2006, this Court entered an Order granting preliminary injunctive relief in favor of Respondent Telenor Mobile Communications ("December 19 Order");

WHEREAS, on December 19, 2006, Relief Defendants filed a Notice of Appeal from the December 19 Order ("December 19 Notice"); and

WHEREAS, the parties now seek, pursuant to Federal Rule of Appellate Procedure 10(e), to supplement the records on appeal in connection with both the December 18 Notice and the December 19 Notice so as to include documents submitted to the Court but not filed; it is hereby

STIPULATED AND AGREED, subject to approval of the Court, that the Clerk of the Court is directed to manually file a copy of each of the following documents:

1. Exhibits A and B to the Notice of Removal dated November 14, 2006

2. Declaration of Lisa J. Fried dated November 14, 2006 and all exhibits thereto

3. Letter from Pieter Van Tol to the Hon. Gerard E. Lynch dated November 21, 2006

4. Kyivstar financial documents submitted by Pieter Van Tol to this Court during the hearing on November 22, 2006

5. Letter from Robert L. Sills to the Hon. Gerard E. Lynch dated December 5, 2006, with enclosure

6. Letter from Pieter Van Tol to the Hon. Gerard E. Lynch dated December 7, 2006, with enclosures

7. Exhibit D to the Declaration of Pieter Van Tol dated December 8, 2006

8. Letter from Robert L. Sills to the Hon. Gerard E. Lynch dated December 9, 2006

9. Letter from Robert L. Sills to the Hon. Gerard E. Lynch dated December 10, 2006

10. Declaration of Robert L. Sills dated December 11, 2006 and all exhibits attached thereto

11. Letter from Pieter Van Tol to the Hon. Gerard E. Lynch dated December 11, 2006

12. Ekhoughen direct and cross testimony from arbitration submitted by Robert L. Sills to this Court during the hearing on December 11, 2006

13. Letter from Robert L. Sills to the Hon. Gerard E. Lynch dated December 15, 2006 and all exhibits attached thereto

14. Declaration of Oleksiy Didkovskiy submitted to this Court on December 15, 2006 and all exhibits attached thereto

15. Letter brief from Robert L. Sills to the Hon. Gerard E. Lynch dated December 15, 2006 and all exhibits attached thereto

January 11, 2007

CRAVATH, SWAINE & MOORE LLP

by *Ronald S. Rolfe*
Ronald S. Rolfe (RR-0846)
A member of the Firm

Attorneys for Relief Defendants Altimo
Holdings & Investments Limited and
Alpren Limited
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

ORRICK, HERRINGTON & SUTCLIFFE LLP

by *Robert L. Sills*
Robert L. Sills (RS-8896)
A member of the Firm

Attorneys for Respondent Telenor Mobile
Communications
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

                    LOVELLS

by _____
      Pieter Van Tol (PVT-2455)
      A member of the Firm

Attorneys for Petitioner Storm LLC
590 Madison Avenue
New York, NY 10022
(212) 909-6660

SO ORDERED.

_____
Gerard E. Lynch
United States District Judge

1/16/07