Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- X

STORM LLC,

                Plaintiff,

           -against-

**TELENOR MOBILE COMMUNICATIONS AS,**

                Defendant.

--------------------------------------------------------------- X 06 CV 13157 (GEL) (DF)

**TELENOR MOBILE COMMUNICATIONS AS,**

                Counterclaimant,

           - against-

**DECLARATION OF**
**THOR ASBJØRN HALVORSEN**

STORM LLC,

                Counterclaim-Defendant,

      - and-

**ALTIMO HOLDINGS & INVESTMENTS LIMITED and**
**ALPREN LIMITED,**

                Relief Defendants.
--------------------------------------------------------------- X

I, **THOR ASBJØRN HALVORSEN**, declare the following to be true:

1. I am a Vice President of Counterclaimant Telenor Mobile Communications AS ("Telenor Mobile") for Central and Eastern Europe. I have served in several Executive Management positions in Telenor ASA, including as CEO of Telenor Networks from 1995 to 1998 and CEO of Telenor Business Solutions from 1998. I am also a member of the Board of Directors of Closed Joint Stock Company "Kyivstar G.S.M." ("Kyivstar").

2. I am familiar with the contents of the Declaration of Oleksiy Didkovskiy dated March 12, 2007 concerning the claim filed on December 21, 2006 by Counterclaim-Defendant Storm LLC ("Storm") in the Kyiv City Commercial Court (the "First E&Y Case"), the claim filed on January 31, 2007 by Relief Defendant Alpren Limited ("Alpren") in the Krasnolutsky District Court of Lugansk Region (the "Second E&Y Case") and the claim filed on February 16, 2007 by Alpren in the Kyiv City Commercial Court (the "Third E&Y Case" and, together with the First E&Y Case and the Second E&Y Case, collectively, the "E&Y Cases").

3. Based on my understanding of the substance of the claims made by and relief granted to Storm and Alpren in the E&Y Cases, as well as a statement made by Alexey Reznikovich, Chief Executive Officer of Relief Defendant Altimo Holdings & Investments Limited ("Altimo"), to the President of Kyivstar, Igor Lytovchenko, as reported to me, I believe Storm and Alpren, respectively, commenced the E&Y Cases in a deliberate, bad faith effort to (a) halt the audit of Kyivstar's 2006 financial results by Limited Liability Company "Ernst & Young Audit Services" and Limited Liability Company "Ernst & Young" (collectively, "E&Y"), (b) prevent Kyivstar from declaring

or paying any dividends, (c) prevent Kyivstar from accessing the international capital markets to raise additional debt capital in the form of bonds or credit-linked notes, (d) cause Telenor ASA ("Telenor") potential problems in relation to the consolidation of Kyivstar's 2006 financial results in Telenor's consolidated quarterly and annual financial statements, (e) cause Telenor potential problems in relation to its compliance with regulatory and reporting requirements in Norway and the United States, including the requirements of the Sarbanes-Oxley Act of 2002, and (f) delay the outcome of the arbitration proceeding in New York between Telenor Mobile and Storm. There is no conceivable business reason for Storm or Alpren to seek to prevent Kyivstar's financial results from being audited.

    4. As a consequence of the commencement of the E&Y Cases, as of the date of this declaration, among other things, (a) E&Y has refused to undertake any further work in relation to the audit of Kyivstar's 2006 financial results, (b) neither Telenor nor Kyivstar has been able to engage another firm of auditors to audit Kyivstar's 2006 financial results, (c) Kyivstar's 2006 financial results remain unaudited and (d) Telenor has been forced to include in two Form 6-Ks filed with United States Securities and Exchange Commission on March 7, 2007 and February 20, 2007, respectively, the following footnote:

> "KYIVSTAR FIGURES BASED ON ESTIMATES
>  There are litigation and arbitration proceedings pending in New York involving Kyivstar's shareholders relating to Kyivstar's shareholders agreement. Further proceedings have recently been brought in Ukrainian courts by Storm LLC (43.5% shareholder in Kyivstar) and a related party challenging the authority of the company to appoint auditors. An injunction from Krasnolutsk City Court of Lugansk Region has been issued that, among other things, purports to prohibit Kyivstar's management from providing financial information to Kyivstar's auditors, the company's shareholders, including Telenor, from using financial information already provided by Kyivstar and Kyivstar and Telenor's auditors from carrying out any audit work in relation to Kyivstar's year-end IFRS financial

statements. Telenor is contesting these actions. As a result of not having the ability to obtain relevant financial information from Kyivstar, the information contained in Telenor's fourth quarter results relating to Kyivstar is based on estimated figures. Actual results could differ from these estimates."

Copies of extracts of the relevant pages from such Form 6-Ks are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2007

                                                          */s/ Thor A. Halvorsen*
                                                         THOR ASBJØRN HALVORSEN

**EXHIBIT A**

 **TELENOR ASA** (TELN)

UNIVERSITETSGATEN 2
PO BOX 6701
OSLO NORWAY, Q8 0164
011. 472.2779
http://www.telenor.com/

# 6-K

**FORM 6-K**
**Filed on 03/07/2007 – Period: 03/01/2007**
File Number 000-31054



**Table of Contents**

**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 6-K
REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 OF
THE SECURITIES EXCHANGE ACT OF 1934
Date: 1 March 2007, for the month of February, 2007

# TELENOR ASA
(Registrant's Name)
Snarøyveien 30,
1331 Fornebu,
Norway
(Registrant's Address)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F :   ☑     Form 40-F :   ☐

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes :  ☐     No :  ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):

**Table of Contents**

**OUTLOOK FOR 2007**
Based upon the current group structure: In 2007 we expect a growth in reported revenues of between 15% and 20%. The EBITDA margin before other income and expenses is expected to be around 35%. We expect capital expenditure as a proportion of revenues to be around 20% in 2007, mainly driven by high subscription growth within our mobile operations in emerging markets. The effects from the introduction of an interconnect regime in Thailand, both when it comes to timing as well as magnitude, represents the main uncertain factor related to Telenor's outlook for 2007. A growing share of Telenor's revenues and profits is derived from operations outside Norway. Currency fluctuations may to an increasing extent influence the reported figures in Norwegian Krone. Political risk, including regulatory conditions, may also influence the profits. We expect seasonal variations between the quarters.

**KYIVSTAR FIGURES BASED ON ESTIMATES**
There are litigation and arbitration proceedings pending in New York involving Kyivstar's shareholders relating to Kyivstar's shareholders agreement. Further proceedings have recently been brought in Ukrainian courts by Storm LLC (43.5% shareholder in Kyivstar) and a related party challenging the authority of the company to appoint auditors. An injunction from Krasnolutsk City Court of Lugansk Region has been issued that, among other things, purports to prohibit Kyivstar's management from providing financial information to Kyivstar's international auditors, the company's shareholders, including Telenor, from using financial information already provided by Kyivstar and Kyivstar and Telenor's auditors from carrying out any audit work in relation to Kyivstar's year-end IFRS financial statements. Telenor is contesting these actions. As a result of not having the ability to obtain relevant financial information from Kyivstar, the information contained in Telenor's fourth quarter results relating to Kyivstar is based on estimated figures. Actual results could differ from these estimates.

15.02.07 09:39 Marked=OB TEL   PRESENTATION MATERIAL   presentasjonsmateriale 771K

Attached is the presentation material
27.02.07 07:41 Marked=OB TEL   SHARE BUY BACK IN RELATION WITH OPTION EXERCISE   meldepliktig handel

In connection with Telenor's share option programs, options have been exercised as follows:
Program/Exercised options/Strike price
February 2002/73,000/39.35
2003/61,666/26.44
2004/36,667/48.36
Telenor will provide the shares to the persons who have exercised options. Telenor purchased 171,333 shares yesterday to an average share price of NOK 117.6956. Telenor has no treasury shares after this.

 **TELENOR ASA** (TELN)

UNIVERSITETSGATEN 2
PO BOX 6701
OSLO NORWAY, Q8 0164
011. 472.2779
http://www.telenor.com/

# 6-K

**FORM 6-K**
**Filed on 02/20/2007 – Period: 02/15/2007**
File Number 000-31054



Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 6-K
### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 OF
### THE SECURITIES EXCHANGE ACT OF 1934
Date: 15th February 2007, for 4th Quarter 2006

# TELENOR ASA
(Registrant's Name)

Snarøyveien 30,
1331 Fornebu,
Norway
(Registrant's Address)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F : ☑    Form 40-F : ☐

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes : ☐    No : ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):

**Table of Contents**

Compared to 2005, Telenor's revenues increased by 37 per cent in 2006, to NOK 91.1 billion. Profit after taxes and minority interests more than doubled compared to 2005, reaching NOK 15.9 billion. In the fourth quarter of 2006, revenues increased by 30 per cent compared to the same period last year, reaching NOK 24.5 billion. The EBITDA margin in the fourth quarter of 2006 was 33.4 per cent, compared to 34.9 per cent in the fourth quarter of 2005.

HIGHLIGHTS FOURTH QUARTER 2006:
Revenue growth of 30% — underlying growth of 11% 10 million new mobile subscriptions EBITDA margin of 33% Proposed dividend per share of NOK 2.50 for 2006
OUTLOOK FOR 2007
Based upon the current group structure: In 2007 we expect a growth in reported revenues of between 15% and 20%. The EBITDA margin before other income and expenses is expected to be around 35%. We expect capital expenditure as a proportion of revenues to be around 20% in 2007, mainly driven by high subscription growth within our mobile operations in emerging markets. The effects from the introduction of an interconnect regime in Thailand, both when it comes to timing as well as magnitude, represents the main uncertain factor related to Telenor's outlook for 2007. A growing share of Telenor's revenues and profits is derived from operations outside Norway. Currency fluctuations may to an increasing extent influence the reported figures in Norwegian Krone. Political risk, including regulatory conditions, may also influence the profits. We expect seasonal variations between the quarters.
KYIVSTAR FIGURES BASED ON ESTIMATES
There are litigation and arbitration proceedings pending in New York involving Kyivstar's shareholders relating to Kyivstar's shareholders agreement. Further proceedings have recently been brought in Ukrainian courts by Storm LLC (43.5% shareholder in Kyivstar) and a related party challenging the authority of the company to appoint auditors. An injunction from Krasnolutsk City Court of Lugansk Region has been issued that, among other things, purports to prohibit Kyivstar's management from providing financial information to Kyivstar's international auditors, the company's shareholders, including Telenor, from using financial information already provided by Kyivstar and Kyivstar and Telenor's auditors from carrying out any audit work in relation to Kyivstar's year-end IFRS financial statements. Telenor is contesting these actions. As a result of not having the ability to obtain relevant financial information from Kyivstar, the information contained in Telenor's fourth quarter results relating to Kyivstar is based on estimated figures. Actual results could differ from these estimates.

**Table of Contents**

Central Eastern European Operations
Kyivstar – Ukraine

|  | 4th quarter | | Year | |
|---|---|---|---|---|
| (NOK in millions) | 2006 | 2005 | 2006 | 2005 |
| Subscription and connection | 2 347 | 1 720 | 8 369 | 5 122 |
| Interconnection revenues | 616 | 606 | 2 312 | 1 888 |
| Mobile revenues company's subscriptions | 2 963 | 2 326 | 10 681 | 7 010 |
| Other mobile revenues | 43 | 33 | 211 | 158 |
| Total mobile revenues | 3 006 | 2 359 | 10 892 | 7 168 |
| Non-mobile revenues | 16 | 31 | 64 | 104 |
| Total revenues | 3 022 | 2 390 | 10 956 | 7 272 |
| 1) Of which internal revenues | 3 | 1 | 9 | 6 |
| EBITDA | 1 661 | 1 359 | 6 516 | 4 050 |
| Depreciation and amortization 2) | 430 | 325 | 1 585 | 1 209 |
| Write-downs | 18 | 15 | 31 | 15 |
| Operating profit | 1 213 | 1 019 | 4 900 | 2 826 |
| 2) Of which amortization of Telenor's net excess values | 24 | 24 | 94 | 93 |
| EBITDA/Total revenues (%) | 55.0 | 56.9 | 59.5 | 55.7 |
| Operating profit/Total revenues (%) | 40.1 | 42.6 | 44.7 | 38.9 |
| Capex | 1 039 | 890 | 3 631 | 3 650 |
| ARPU in local currency | 52 | 64 | 54 | 61 |
| No. of subscriptions (100% in thousands) |  |  | 21 510 | 13 925 |

At the end of the fourth quarter of 2006, Telenor's ownership interest in Kyivstar was 56.5%. Compared to the fourth quarter of 2005, the Norwegian Krone appreciated against the Ukrainian Hryvnia by approximately 4% in the fourth quarter of 2006.

- The strong growth in the Ukrainian market continued in the fourth quarter. The number of subscriptions in Kyivstar increased by 3.8-million during the fourth quarter of 2006 and by 7.6 million compared to the fourth quarter of 2005.

- Kyivstar maintained its market leader position with an estimated market share of 43%, a reduction of 0.5 percentage point compared to the previous quarter.

- ARPU in local currency decreased by 15% mainly due to lower average prices and seasonal campaigns.

Table of Contents

- Total revenues in local currency increased by 31%, primarily related to the growth in the number of subscriptions, partially offset by reduction in ARPU.

- EBITDA in local currency increased by 26% as a result of higher- revenues, while the EBITDA margin decreased due to higher costs, including costs related to sales and marketing activities.

- Depreciation and amortization increased as a result of increased capital expenditure in the preceding quarters.

- Higher capital expenditure was mainly related to increased capacity to accommodate the subscription growth.

- There are litigation and arbitration proceedings pending in New York involving Kyivstar's shareholders relating to Kyivstar's shareholders agreement. Further proceedings have recently been brought in Ukrainian courts by Storm LLC (43.5% shareholder in Kyivstar) and a related party challenging the authority of the company to appoint auditors. An injunction from Krasnolutsk City Court of Lugansk Region has been issued that, among other things, purports to prohibit Kyivstar's management from providing financial information to Kyivstar's international auditors, the company's shareholders, including Telenor, from using financial information already provided by Kyivstar and Kyivstar and Telenor's auditors from carrying out any audit work in relation to Kyivstar's year-end IFRS financial statements. Telenor is contesting these actions. As a result of not having the ability to obtain relevant financial information from Kyivstar, the information contained in Telenor's fourth quarter results relating to Kyivstar is based on estimated figures. Actual results could differ from these estimates.

Pannon – Hungary

| (NOK in millions) | 4th quarter 2006 | 4th quarter 2005 | Year 2006 | Year 2005 |
|---|---|---|---|---|
| Subscription and traffic | 1 030 | 960 | 3 809 | 3 768 |
| Interconnection revenues | 453 | 431 | 1 668 | 1 735 |
| Mobile revenues company's subscriptions | 1 483 | 1 391 | 5 477 | 5 503 |
| Other mobile revenues | 30 | 20 | 133 | 144 |
| Total mobile revenues | 1 513 | 1 411 | 5 610 | 5 647 |
| Non-mobile revenues | 134 | 154 | 341 | 414 |
| Total revenues 1) | 1 647 | 1 565 | 5 951 | 6 061 |
| 1) Of which internal revenues | 6 | 4 | 14 | 10 |
| EBITDA | 517 | 534 | 2 205 | 2 185 |
| Depreciation and amortization 2) | 294 | 285 | 1 078 | 1 171 |
| Write-downs | 26 | 4 | 59 | 7 |
| Operating profit | 197 | 245 | 1 068 | 1 007 |
| 2) Of which amortization of Telenor's net excess values | 86 | 84 | 328 | 345 |
| EBITDA/Total revenues (%) | 31.4 | 34.1 | 37.1 | 36.1 |
| Operating profit/Total revenues (%) | 12.0 | 15.7 | 17.9 | 16.6 |
| Capex | 145 | 261 | 619 | 763 |
| ARPU (measured in NOK) | 151 | 162 | 154 | 162 |
| No. of subscriptions (in thousands) | | | 3 153 | 2 929 |