Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
STORM LLC,
           Plaintiff,

       -against-

TELENOR MOBILE COMMUNICATIONS AS,

           Defendant.
------------------------------------------------------------------ X
TELENOR MOBILE COMMUNICATIONS AS,

           Counterclaimant,

       - against-

STORM LLC,

           Counterclaim-Defendant,

       - and-

ALTIMO HOLDINGS & INVESTMENTS LIMITED and
ALPREN LIMITED,

           Relief Defendants.
------------------------------------------------------------------ X

06 CV 13157(GEL) (DF)

**ORDER TO SHOW CAUSE**

OHS East:160176264.4
16487-4 KDT/DDJ

Upon reading and filing the two Declarations of Oleksiy Didkovskiy, dated March ___, 2007, the Declaration of Thor Asbjørn Halvorsen, dated March ___, 2007, the Declaration of Robert L. Sills, dated March ___, 2007 and upon all prior pleadings and proceedings heretofore had herein:

1. IT IS HEREBY ORDERED that Counterclaim-Defendant Storm LLC ("Storm") and Relief Defendants Altimo Holdings & Investments Limited ("Altimo") and Alpren Limited ("Alpren") SHOW CAUSE before this Court, in Room 6-B of the, United States Court House, 500 Pearl Street, New York, New York, on ~~March~~ *April* 6, 2007 at *10:00* a.m, or as soon thereafter as counsel can be heard, why an order should not be entered:

(a) finding Storm, Alpren and Altimo in contempt of the Order entered by this Court on December 18, 2006 prohibiting Storm, Altimo and Alpren, their agents, officers, servants, employees, affiliates, attorneys and other representatives, and all other persons in active concert or participation with them, from commencing, prosecuting, enforcing, causing the enforcement, attempting to enforce or cause the enforcement or allowing, or failing to take steps to prevent, any other person, official or entity from enforcing or attempting to enforce an order, any legal action, suit or proceeding before any court or tribunal in Ukraine that might disrupt, delay, or hinder, in any manner whatsoever, the arbitration proceedings between Telenor Mobile and Storm arising out of or relating to the Shareholders Agreement among Storm, Telenor Mobile and Kyivstar, dated as of January 30, 2004;

(b) imposing appropriate compensatory and coercive sanctions on each Defendant found to be in contempt;

    (c)    directing Alpren to withdraw, without prejudice, the following actions now being prosecuted in the courts of Ukraine and all related enforcement proceedings:

> Case No. 2-959/07, commenced on January 31, 2007, pursuant to the filing of a claim by Alpren in the Krasnolutsky District Court of Lugansk Region against Vadym Klymenko, General Director of Storm, Trond Moe, Kyivstar, Limited Liability Company "Ernst & Young Audit Services" (E&Y I") and Limited Liability Company "Ernst & Young" ("E&Y II"), and currently the subject of an appeal by Telenor Mobile in the Lugansk Region Court of Appeals; and

> Case No. 2/105, commenced on February 16, 2007, pursuant to the filing of a claim dated February 1, 2007 by Alpren in the Kyiv City Commercial Court against Kyivstar, E&Y I and E&Y II.

    (d)    directing Storm to withdraw, without prejudice, the following action, now being prosecuted in the courts of Ukraine and all related enforcement proceedings:

> Case No. 40/37, commenced on December 28, 2006, pursuant to the filing of a claim dated December 21, 2006 by Storm in the Kyiv City Commercial Court against Kyivstar, E&Y I and E&Y II, and currently on remand to the Kyiv City Commercial Court following appeals by Storm and E&Y I to the Kyiv Commercial Court of Appeals.

    (e)    awarding to Telenor Mobile the costs incurred in connection with this application, including its reasonable attorneys' fees; and

    (f)    granting to Telenor Mobile such other and further relief as the Court deems just and proper.

**2.**    IT IS HEREBY FURTHER ORDERED that service of this Order to Show Cause shall be made by delivery of a copy of this Order to Show Cause, together with a copy of

the papers in support thereof, upon counsel for Storm, Lovells LLP, 590 Madison Avenue, New York, NY, attention: Pieter Van Tol, Esq., and upon counsel for Alpren and Altimo, Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY, attention: Ronald ___ Rolfe, on or before 5:00 .m. on March 16, 2007.

3.    IT IS HEREBY FURTHER ORDERED that any answering papers, if any, shall be served by hand upon counsel for Defendants no later than 5 p.m. on March 28, 2007, and that reply papers, if any, shall be served no later than 5p .m. on ~~March~~ April 3, 2007.

Issued at _____ on March 13, 2007 at 5:31pm

_____
United States District Judge