# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| THOMAS R. BROME | PETER S. WILSON | WORLDWIDE PLAZA | DANIEL SLIFKIN | TIMOTHY G. CAMERON |
| ROBERT D. JOFFE | JAMES C. VARDELL, III | 825 EIGHTH AVENUE | JEFFREY A. SMITH | KARIN A. DeMASI |
| ALLEN FINKELSON | ROBERT H. BARON | NEW YORK, NY 10019-7475 | ROBERT I. TOWNSEND, III | LIZABETHANN R. EISEN |
| RONALD S. ROLFE | KEVIN J. GREHAN | | WILLIAM J. WHELAN, III | DAVID S. FINKELSTEIN |
| PAUL C. SAUNDERS | STEPHEN S. MADSEN | TELEPHONE: (212) 474-1000 | SCOTT A. BARSHAY | DAVID GREENWALD |
| DOUGLAS D. BROADWATER | C. ALLEN PARKER | FACSIMILE: (212) 474-3700 | PHILIP J. BOECKMAN | RACHEL G. SKAISTIS |
| ALAN C. STEPHENSON | MARC S. ROSENBERG | | ROGER G. BROOKS | PAUL H. ZUMBRO |
| MAX R. SHULMAN | WILLIAM B. BRANNAN | | WILLIAM V. FOGG | JOEL F. HEROLD |
| STUART W GOLD | SUSAN WEBSTER | CITYPOINT | FAIZA J. SAEED | ERIC W. HILFERS |
| JOHN E. BEERBOWER | TIMOTHY G. MASSAD | ONE ROPEMAKER STREET | RICHARD J. STARK | GEORGE F. SCHOEN |
| EVAN R. CHESLER | DAVID MERCADO | LONDON EC2Y 9HR | THOMAS E. DUNN | ERIK R. TAVZEL |
| PATRICIA GEOGHEGAN | ROWAN D. WILSON | TELEPHONE: 44-20-7453-1000 | JULIE SPELLMAN SWEET | CRAIG F. ARCELLA |
| MICHAEL L. SCHLER | JOHN T. GAFFNEY | FACSIMILE: 44-20-7860-1150 | RONALD CAMI | TEENA-ANN V. SANKOORIKAL |
| KRIS F. HEINZELMAN | PETER T. BARBUR | | MARK I. GREENE | ANDREW R. THOMPSON |
| B. ROBBINS KIESSLING | SANDRA C. GOLDSTEIN | | SARKIS JEBEJIAN | DAMIEN R. ZOUBEK |
| ROGER D. TURNER | PAUL MICHALSKI | WRITER'S DIRECT DIAL NUMBER | JAMES C. WOOLERY | |
| PHILIP A. GELSTON | THOMAS G. RAFFERTY | | DAVID R. MARRIOTT | SPECIAL COUNSEL |
| RORY O. MILLSON | MICHAEL S. GOLDMAN | | MICHAEL A. PASKIN | |
| FRANCIS P. BARRON | RICHARD HALL | (212) 474-1714 | ANDREW J. PITTS | SAMUEL C. BUTLER |
| RICHARD W. CLARY | ELIZABETH L. GRAYER | | MICHAEL T. REYNOLDS | GEORGE J. GILLESPIE, III |
| WILLIAM P. ROGERS, JR. | JULIE A. NORTH | | ANTONY L. RYAN | THOMAS D. BARR |
| JAMES D. COOPER | ANDREW W. NEEDHAM | | GEORGE E. ZOBITZ | |
| STEPHEN L. GORDON | STEPHEN L. BURNS | | GEORGE A. STEPHANAKIS | OF COUNSEL |
| DANIEL L. MOSLEY | KATHERINE B. FORREST | | DARIN P. McATEE | ROBERT ROSENMAN |
| GREGORY M. SHAW | KEITH R. HUMMEL | | GARY A. BORNSTEIN | CHRISTINE BESHAR |



March 19, 2007

Storm LLC v. Telenor Mobile Communications AS
(06 CV. 13157)

Dear Judge Lynch:

Because of the adjournment of the hearing on Telenor's motion for contempt, the parties have agreed, subject to the Court's approval, to adjust the briefing schedule so that the opposition papers of Storm, Altimo and Alpren will be due April 5, and Telenor's reply will be due April 13.

Respectfully,

*Ronald S. Rolfe*
Ronald S. Rolfe

Hon. Gerard E. Lynch
    United States District Court
        Southern District of New York
            United States Courthouse
                500 Pearl Street
                    New York, New York 10007

BY HAND

SO ORDERED

*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.

3/21/07

2

Copies to:

Robert L. Sills, Esq.
    Orrick, Herrington & Sutcliffe LLP
        666 Fifth Avenue
            New York, NY 10103

Pieter Van Tol, Esq.
    Lovells
        590 Madison Avenue
            New York, NY 10022

BY EMAIL AND MAIL