UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
STORM LLC,

                Plaintiff,

      -against-

TELENOR MOBILE COMMUNICATIONS AS,

                Defendant.
------------------------------------------------------------------- X
TELENOR MOBILE COMMUNICATIONS AS,

                Counterclaimant,

      - against-

STORM LLC,

                Counterclaim-Defendant,

      - and-

ALTIMO HOLDINGS & INVESTMENTS LIMITED and
ALPREN LIMITED,

                Relief Defendants.
------------------------------------------------------------------- X

06 CV 13157(GEL) (DF)

AFFIDAVIT OF SERVICE

Robinson Howard, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Orrick, Herrington & Sutcliffe LLP.

2. On Wednesday, March 14, 2007, I served the ORDER TO SHOW CAUSE dated March 13, 2007, the DECLARATION OF ROBERT L. SILLS, the DECLARATION OF THOR ASBJØRN HALVORSEN, the DECLARATION OF OLEKSIY DIDKOVSKIY, the MEMORANDUM IN SUPPORT OF COUNTERCLAIMANT'S MOTION TO HOLD COUNTERCLAIM-DEFENDANT AND RELIEF DEFENDANTS IN CONTEMPT, and the DECLARATION OF OLEKSIY DIDKOVSKIY by hand upon the following:

>
> Pieter Van Tol, Esq.
> Lovells, LLP
> 590 Madison Avenue
> New York, New York 10022
>
> And
>
> Ronald Rolfe
> Cravath, Swaine & Moore LLP
> 825 Eighth Avenue
> New York, New York 10019

_____
Robinson J. Howard

Sworn to before me this
27th day of March, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010