UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| STORM LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TELENOR MOBILE COMMUNICATIONS AS, <br><br> Defendant, |
| TELENOR MOBILE COMMUNICATIONS AS, <br><br> Counterclaimant, <br><br> vs. <br><br> STORM LLC, <br><br> Counterclaimant-Defendant, <br><br> and <br><br> ALTIMO HOLDINGS & INVESTMENTS LIMITED and ALPREN LIMITED <br><br> Relief Defendants. |

06-CV13157 (GEL) (DF)

ECF ACTION

DECLARATION OF OLEG MALIS

Oleg Malis declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this affidavit on behalf of Alpren and Altimo, in opposition to the claims asserted by Telenor in the above-captioned matter. I have read and am familiar

with the Telenor application to hold Alpren and Altimo in contempt and, unless otherwise stipulated below, I have personal knowledge of the facts set forth herein.

2.  Since 2005, I have served as Senior Vice President of Alfa Telecom Limited, which is now renamed to Altimo Holdings & Investments Limited ("Altimo") and which was created to hold the telecommunications investments of the Alfa Group Consortium. I currently am also a member of the board of directors (the "Board") of Open Joint Stock Company "Vimpel-Communications" ("VimpelCom").

3.  Altimo was notified of the District Court's December 7 TRO via counsel for Storm in the above proceedings, Lovells.

4.  Altimo was notified of the District Court's December 15 Opinion and Order and December 18 Order via its legal counsel in the above proceedings, Cravath Swaine & Moore LLP.

5.  After December 7, 2006 neither I nor any other person from Altimo or Alpren had any contact with the Ukrainian legal system concerning the April 17 suit by Alpren against Storm or the November 27 suit by Alpren against Klymenko.

6.  Upon learning of the district court's order Altimo and Alpren instructed Alpren's local counsel in Ukraine, Ilyashev & Partners, not to take any action to pursue the April 17 suit by Alpren against Storm or the November 27 suit by Alpren against Klymenko and not to take any action to obtain enforcement of any order previously issued in either of those suits. I believe those instructions were followed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 04 April, 2007.

_____
Oleg Malis