UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

STORM LLC,

                   Petitioner,

    -v-

TELENOR MOBILE COMMUNICATIONS AS,

                   Respondent,

    and

ALTIMO HOLDINGS & INVESTMENTS LTD.
and ALPREN LTD.,

                   Relief Defendants.

-----------------------------------------------------------x

06 Civ. 13157 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    On March 12, 2007, Respondent in this case filed a motion to hold Petitioner and Relief Defendants in contempt. It is hereby ORDERED that the motion is denied for the reasons stated in open court on April 20, 2007.

SO ORDERED.

Dated: New York, New York
       May 10, 2007

                                                   GERARD E. LYNCH
                                                   United States District Judge