UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STORM LLC,

                Petitioner,

    -v-

TELENOR MOBILE COMMUNICATIONS AS,

                Respondent,

    and

ALTIMO HOLDINGS & INVESTMENTS LTD.
and ALPREN LTD.,

                Relief Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/07

06 Civ. 13157 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On December 18, 2006, the Court granted Respondent's motion for a preliminary injunction against Petitioner and Relief Defendants in this case. On December 19, 2006, Relief Defendants filed a notice of appeal of the Court's order to the United States Court of Appeals for the Second Circuit. On May 8, 2007, Respondent submitted a letter to the Court requesting that the action not proceed on the merits at this time, pending a decision by the Court of Appeals. Petitioner consents to this request, subject to the condition that if the action were to resume, the first order of business would be for Respondent to file a pleading against Relief Defendants.

      As the proceedings on the merits of the injunction are contingent on the resolution of Relief Defendants' appeal, and as the appeal proceedings are outside the control of this Court, it is hereby ORDERED that this case be placed on the suspense docket, pending a decision by the Court of Appeals on Relief Defendants' appeal. Suspension of the case is without prejudice to the right of any party to request that the Court fix a schedule for discovery and trial. If the case resumes, Respondent will be required to file a pleading to proceed on the merits.

Dated: New York, New York
       May 9, 2007

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge