UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STORM LLC,

                      Petitioner,

    -v-

TELENOR MOBILE COMMUNICATIONS AS,

                      Respondent,

    and

ALTIMO HOLDINGS & INVESTMENTS LTD.
and ALPREN LTD.,

                      Relief Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

06 Civ. 13157 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On December 18, 2006, the Court granted a preliminary injunction order in this case, enjoining Storm LLC and Relief-Defendants Altimo Holdings & Investments Limited ("Altimo") and Alpren Limited ("Alpren") from, inter alia, interfering with pending arbitration proceedings between Telenor and Storm. (Doc. # 30.) Altimo and Alpren appealed the preliminary injunction order to the Second Circuit. (Docs. #31-32.)

      However, while the appeal was pending, the arbitration was concluded and a Final Award issued. The District Court confirmed that award on November 2, 2007. See Telenor Mobile Comm'cn AS v. Storm LLC, No. 07 Civ. 6929, 2007 WL 3274699 (S.D.N.Y. Nov. 2, 2007). As a result, on December 18, 2007, Altimo and Alpren stipulated to dismiss their appeal as moot and remand the case to this Court, so that the Court may vacate the preliminary injunction and dismiss the underlying action as moot.

      Accordingly, it is hereby ORDERED that:

1.     The December 18, 2006, preliminary injunction (Doc. #30) is vacated.

2.     The case is dismissed as moot. The Clerk of the Court is respectfully requested to close the case.

Dated: New York, New York
      January 2, 2008

                                                GERARD E. LYNCH
                                             United States District Judge