# CRAVATH, SWAINE & MOORE LLP

ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III

ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

————
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1714

SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD

RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE

————
SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

————
OF COUNSEL
CHRISTINE BESHAR

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

January 3, 2008

<u>Storm LLC v. Telenor Mobile Communications AS</u>
(2:06-cv-13157)

Dear Judge Lynch:

    I write on behalf of Altimo and Alpren in the above-titled case. Following up on my conversations with Your Honor's law clerk, Mr. Kaplan, I write to request that the Court vacate its December 15, 2006 Opinion and Order. Such action would be consistent with the December 27, 2007 Order of the Court of Appeals and the expressed understanding at the December 10, 2007 conference between the parties that there were two orders that should be vacated. (Tr. 6, 8.)

    The Court's Order of yesterday only vacated the December 18 Order and not the December 15 Order. At the conclusion of the Court's December 15 Opinion and Order, the Court stated: "Storm, Altimo and Alpren are enjoined from bringing or attempting to cause the enforcement of any legal action in the Ukraine that would disrupt, delay or hinder in any way the arbitration proceedings between Telenor and Storm in New York." There followed: SO ORDERED. Accordingly, Altimo and Alpren appealed from each of the December 15 and December 18 Orders. The appeals were consolidated. The parties' Dismissal Agreement and Order Dismissing Appeal submitted to the Second Circuit referred repeatedly both to the December 15 Opinion and Order and the December 18 Order. Two stamped copies of the Dismissal Agreement and Order Dismissing Appeal were sent to the parties, reflecting action in each of the consolidated cases (because it would not otherwise be apparent that two mailings were sent I enclose the original of the Court of Appeals' envelopes).

Our concern is that, contrary to the intent of the parties, the Court and the Court of Appeals, the December 15 injunction remains in place and the appeal from that Order has now been dismissed. Therefore, we respectfully request that the Court vacate its December 15 Opinion and Order.

Respectfully,

*Ronald S. Rolfe* (signature)

Ronald S. Rolfe

Hon. Gerard E. Lynch
   United States District Court
      Southern District of New York
         United States Courthouse
           500 Pearl Street
              New York, New York 10007

BY HAND

Encls.

Copies w/encls. to:

Robert L. Sills, Esq.
   Orrick, Herrington & Sutcliffe LLP
      666 Fifth Avenue
         New York, NY 10103

BY EMAIL AND MAIL

> No injunction is in effect. All orders directing Altimo and Alpren to do or not do anything have been vacated, and the underlying action has been dismissed as moot. No further action is required.
>
> SO ORDERED
> *Gerard E. Lynch* (signature)
> GERARD E. LYNCH, U.S.D.J.
> 1/7/08