Case 1:06-cv-13157-GEL    Document 69    Filed 01/17/2008    Page 1 of 4



IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

STORM LLC,

        Petitioner,

ALTIMO HOLDINGS & INVESTMENTS LIMITED, and
ALPREN LIMITED,

        Relief Defendants-Appellants

        -against-

TELENOR MOBILE COMMUNICATIONS AS,

        Respondent-Appellee.

06-5771(L);
06-5895(CON)

## DISMISSAL AGREEMENT AND ORDER DISMISSING APPEAL

WHEREAS, Petitioner Storm LLC ("Storm") and Respondent-Appellee Telenor

Mobile Communications AS ("Telenor") in 2004 entered into a shareholders agreement (the

"2004 Shareholders Agreement") relating to, <u>inter alia</u>, the governance of a Ukraine

telecommunications company, Closed Joint Stock Company "Kyivstar G.S.M." (A313-63)[1];

WHEREAS, on February 7, 2006, Telenor commenced an arbitration against

Storm in New York pursuant to the arbitration clause of the 2004 Shareholders Agreement (the

"Arbitration");

WHEREAS, on October 22, 2006, the arbitral tribunal issued the Partial Final

Award Regarding Jurisdiction in which it ruled that the arbitration clause in the 2004

---

[1] Citations to "A___" refer to the Joint Appendix filed with this Court on February 14,
2007.

CERTIFIED:

JAN 1 0 2008

Shareholders Agreement was valid, and denied Storm's motion to dismiss the Arbitration (A520-36);

WHEREAS, on November 13, 2006, Storm commenced this action against Telenor in New York Supreme Court, New York County, to vacate the arbitral panel's Partial Final Award Regarding Jurisdiction and to enjoin the parties from proceeding with the Arbitration;

WHEREAS, on November 14, 2006, Telenor removed the action to the District Court (A310-12);

WHEREAS, on November 22, 2006, the District Court denied Storm's motion (A105-25);

WHEREAS, on December 5, 2006, Telenor moved by order to show cause to compel Storm to arbitrate and for a preliminary anti-suit injunction and temporary restraining order against Storm and Relief Defendants-Appellants Altimo Holdings & Investments Limited ("Altimo") and Alpren Limited ("Alpren") (A986-88);

WHEREAS, Altimo and Alpren contested the District Court's personal jurisdiction over them;

WHEREAS, on December 15, 2006, the District Court issued an Opinion and Order holding that Telenor was likely to be able to demonstrate that the Court had personal jurisdiction over Altimo and Alpren and entered an Order enjoining Storm, Altimo and Alpren "from bringing or attempting to cause the enforcement of any legal action in the Ukraine that would disrupt, delay or hinder in any way the arbitration proceedings between Telenor and Storm in New York" (A32-35);

WHEREAS, on December 18, 2006, over Altimo and Alpren's objections, the District Court issued an order proposed by Telenor enjoining Altimo, Alpren and Storm from

"(a) commencing, prosecuting, enforcing, causing the enforcement, attempting to enforce or cause the enforcement; or (b) allowing, or failing to take steps to prevent, any other person, official or entity from enforcing or attempting to enforce" any Ukrainian order "that would disrupt, delay or hinder, in any manner whatsoever, the arbitration proceedings between Telenor Mobile and Storm" (A36-37);

WHEREAS, Altimo and Alpren filed notices of appeal from both the December 15, 2006 Opinion and Order and the December 18, 2006 Order, and those appeals were consolidated into the above-captioned matter (Storm did not appeal);

WHEREAS, the parties have since completed briefing for this matter, and oral argument is scheduled before this Court on January 14, 2008;

WHEREAS, while this appeal was pending, the Arbitration was concluded and a Final Award issued, and the District Court confirmed that award on November 2, 2007;

WHEREAS, on November 6, 2007, Storm filed a notice of appeal from the District Court's confirmation of the arbitral award, and that appeal is currently pending before this Court; and

WHEREAS, the parties and the District Court, during a conference on December 10, 2007, agreed that the completion of the Arbitration and the District Court's confirmation of the arbitral award have rendered the appeal in the above-captioned matter moot by happenstance and through no fault of any party and that the December 15, 2006 Opinion and Order and the December 18, 2006 Order should be vacated;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Relief Defendants-Appellants Altimo Holdings & Investments Limited and Alpren Limited and Respondent-Appellee Telenor Mobile Communications AS that, pursuant to Federal Rule of Appellate Procedure 42(b), the consolidated appeal filed in the above-captioned

action is hereby dismissed as moot and remanded to the District Court so that the District Court

may vacate its December 15, 2006 Opinion and Order and December 18, 2006 Order and

dismiss the underlying action as moot.  Each of the parties is to bear its own costs and fees.

December 18, 2007

CRAVATH, SWAINE & MOORE LLP

by _Ronald S. Rolfe_

Ronald S. Rolfe

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

*Attorneys for Altimo Holdings & Investments Ltd.
and Alpren Ltd.*

December 18, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

by _Robert L. Sills_

Robert L. Sills

666 Fifth Avenue
New York, NY 10103-0001
(212) 506-5000

*Attorneys for Telenor Mobile Communications AS*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _Angela Martin_

SO ORDERED:
FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
By: _____
Deputy Clerk

12/27/07
(Date)

UNITED STATES COURT OF APPEALS
FILED
DEC 27 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

4